IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IMAN MUHAMMAD, | ) | 4:15CV3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT BUSBOOM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the motion filed by Elizabeth A. Gregory to withdraw as counsel of record for the Defendant (Filing No. 22) is granted.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge