IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IMAN MUHAMMAD, | ) | 4:15CV3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SCOTT BUSBOOM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for extension of time (Filing No. 26) is granted, and, accordingly, that the first sentence of Paragraph 4 of the Order Setting Schedule for Progression of Case (Filing No. 24) is amended to provide: "All dispositive motions shall be filed on or before December 18, 2016." In all other respects, the Order shall remain unchanged.

DATED this 15th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge